*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF RE-SETTING**
**Before Judge Jon Phipps McCalla, United States District Judge**

May 23, 2022

RE: **2:21-cr-20265-JPM**
*USA v GLENDA ADAMS*

Dear Sir/Madam:

A **SENTENCING HEARING** before **Judge Jon Phipps McCalla** has been **RESET** to **FRIDAY, JUNE 24, 2022 at 11:00 A.M. in Courtroom 4 of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:   *s/Jeff Sample*,
Case Manager
901-495-1243
jeffrey_sample@tnwd.uscourts.gov